# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139044

PATSY L. FRENCH,
      Plaintiff-Appellee,

v

COUNTRYWIDE HOME LOANS, INC., d/b/a
AMERICA'S WHOLESALE LENDER,
      Defendant/Third-Party Plaintiff-
      Appellant,

and

JOHN D. FLYNN, Personal Representative of the
Estate of CALVIN GREEN FRENCH, JR.,
      Third-Party Defendant.

SC: 139044
COA: 282718
Muskegon CC: 06-044752-CH

_____/

      On order of the Court, the application for leave to appeal the April 30, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

s0921